wo

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hotwire Development, LLC, et al., | No. CV-09-02383-PHX-ROS |
| Plaintiffs, | **ORDER** |
| vs. | |
| Logitech International S.A., et al., | |
| Defendants. | |

Before the Court is Defendants' Motion to Stay Case Pending Re-examination of U.S. Patent 6,527,241, which will be granted in part.

The Court has the "inherent power to stay an action pending conclusion of [patent office] examination proceedings." *Ethicon, Inc. v. Quigg*, 849 F.2d 1422, 1426 (Fed. Cir. 1988). Courts often consider the following factors when deciding whether to impose such a stay: "(1) the state of the litigation, *i.e.*, whether discovery is almost complete and whether a trial date has been set; (2) whether a stay would cause undue prejudice or present a clear disadvantage to the non-moving party; (3) whether a stay would simplify the issues in question and trial of the case." *In re Cygnus Telecomms. Tech.*, LLC, 385 F. Supp. 2d 1022, 1023 (N.D. Cal. 2005). A simple weighing of these factors is not dispositive, however, as a court must examine the totality of the circumstances. *Broad. Innovation, LLC v. Charter Commc'n, Inc.*, 2006 WL 1897165, at *4 (D. Colo.).

In this case, the totality of the circumstances weighs in favor of granting a stay. The case is still in its early stages, with discovery only recently having begun. Defendants did not move for a stay at an unduly late stage of the proceedings. A stay could potentially avoid an enormous duplication of effort and judicial resources. In these circumstances, a stay is appropriate. Depending on other circumstances, however, a lengthy stay until the patent re-examination is finished may prove unnecessary. For this reason, the Court will begin by imposing a six-month stay. At the end of six months, the parties shall appear to discuss the status of the case and whether a continued stay is warranted.

Accordingly,

**IT IS ORDERED** the Motion to Stay (Doc. 32) is **GRANTED IN PART.** This case is stayed for six months. On **March 4, 2011 at 10:00 a.m.**, the parties shall appear for a status hearing. The parties shall file a status report no later than five days before the hearing.

DATED this 3rd day of September, 2010.

Roslyn O. Silver
United States District Judge